**Entered on Docket
October 14, 2011**

_____
**Hon. Bruce T. Beesley
United States Bankruptcy Judge**

**GARY M. FULLER, ESQ.**
Nevada Bar No. 000125
**GUILD, RUSSELL, GALLAGHER
& FULLER, LTD.**
100 W. Liberty St., Ste. 800
P.O. Box 2838
Reno, NV 89505
(775) 786-2366
Email: attorneysecf@grgflaw.com
Attorneys for Great Basin Federal Credit Union

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 11-52585-btb |
| | Chapter 7 |
| THOMAS J. MULLER and | |
| ROBERTA L. MULLER | Date: |
| | |
| Debtors. | Time: |
| | Courtroom: |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Pursuant to the Stipulation Granting Relief From The Automatic Stay To Great Basin Federal Credit Union, filed on October 13, 2011, 11 U.S.C. §362(d) and good cause appearing,

IT IS ORDERED, ADJUDGED AND DECREED that the automatic stay provided in 11 U.S.C. §362(d) is terminated as to Great Basin Federal Credit Union and the 2006 Tracker, Hull # BUJ06516I506, and 2006 Trailstar Trailer, V.I.N. 4TM13LJ126B002039, owned by

GUILD, RUSSELL
GALLAGHER & FULLER
LIMITED
ATTORNEYS AT LAW
100 W. Liberty Street
Suite 800
P.O. Box 2838
Reno, Nevada 89505
(775) 786-2366

1

the Debtor Thomas J. Muller, in order for Great Basin Federal Credit Union to exercise its rights of lien enforcement against said vehicle.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the ten (10) day stay period provided in LR 4001 is waived.

Submitted by:

**GUILD, RUSSELL, GALLAGHER & FULLER, LTD.**

/S/ GARY M. FULLER
**GARY M. FULLER, ESQ.**
100 W. Liberty, Suite 800
P.O. Box 2838
Reno, Nevada 89505
(775) 786-2366

###